1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES L. CRISMON,<br><br>             Defendants. | **Case No.** CR05-5594 |

THIS MATTER comes before the court on defendant's request to receive a federal detainer prior to his scheduled release from state custody. The court has considered the materials submitted by defendant as well as the response filed by the government.

It appears the government received a detainer from the United States Marshal on December 5, 2005. Pursuant to Public Law No. 91-538, 84 Stat.1397 (1970) the government has until June 5, 2006 (180 days) to bring the defendant to court to answer to the pending eight count misdemeanor information.

**Accordingly, the defendant's request for execution of a detainer is denied at this time. The order is without prejudice**.

December 30, 2005

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge, J. Kelley Arnold

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2